UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| TAMYKA LOVE DICKERSON | ) | CASE NO.  19-06079-JJG-13 |
| | ) | |
| DEBTOR | ) | |
| | ) | |
| _____ | ) | |
| | ) | |
| TAMYKA LOVE DICKERSON | ) | ADVERSARY NO. |
| | ) | |
| PLAINTIFF | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| INDIANAPOLIS NEIGHBORHOOD HOUSING PARTNERSHIP, INC. | ) ) | |
| | ) | |
| DEFENDANT | ) | |

## COMPLAINT TO AVOID WHOLLY UNSECURED MORTGAGE

Comes now the Plaintiff, Tamyka Love Dickerson, by counsel, and hereby moves the Court, pursuant to 11 U.S.C. §1322(b), to avoid the wholly unsecured mortgage of **Indianapolis Neighborhood Housing Partnership, Inc.** on the following real property:

LOT 16 AND 10 FEET BY PARALLEL LINES OFF THE ENTIRE NORTH SIDE OF LOT 17 IN BLOCK 7 IN FAIRLAWN, AN ADDITION TO THE CITY OF INDIANAPOLIS, AS PER PLAT THEREOF RECORDED IN PLAT BOOK 17, PAGE 117, IN THE OFFICE OF THE RECORDER OF MARION COUNTY, INDIANA.

Commonly known as:  **2764 Sangster Avenue, Indianapolis, IN 46218**

1. Debtor filed a Chapter 13 bankruptcy proceeding on August 16, 2019.

2. **Indianapolis Neighborhood Housing Partnership, Inc.** obtained a mortgage on the real estate located at **2764 Sangster Avenue, Indianapolis, IN 46218** in August 2007.

3. The value of the Property as of the Petition Date is Forty-Six Thousand Three Hundred Dollars and 00/100 ($46,300.00).

4. **Indianapolis Neighborhood Housing Partnership, Inc.'s** mortgage is in the approximate amount of $7,751.00.

5. The total amount of all other liens on the Property is: $90,851.70

   List of lien(s) Debtor does not seek to avoid

   a) Ditech Financial LLC (Mortgage) - $49,270.49

   List of liens Debtor seeks to avoid

   a) Indiana Housing & Community Development Authority (Mortgage) - $6,034.66
   b) Teachers Credit Union (Mortgage) - $20,000.00
   c) Teachers Credit Union (Judgment Lien) - $15,546.55

6. Counsel's office has checked with the Indiana Secretary of State's Office and will service notice upon **Indianapolis Neighborhood Housing Partnership, Inc.'s** Registered Agent, Moira Carlstedt.

7. **Indianapolis Neighborhood Housing Partnership, Inc.'s** mortgage is wholly unsecured and is subject to avoidance under 11 U.S.C. §1322(b).

8. Plaintiff hereby gives notice that she consents to the entry of final order or judgment by the bankruptcy court on this matter.

**WHEREFORE**, after notice and opportunity for hearing, Debtor prays for an order canceling and avoiding the lien held in favor of **Indianapolis Neighborhood Housing Partnership, Inc.** on Debtor's real property at **2764 Sangster Avenue Indianapolis, IN 46218** at such time as the Chapter 13 plan is completed and a Discharge Order is entered pursuant to 11 U.S.C. § 1322(b) and for all other just and proper relief.

Respectfully submitted,

*/s/ Keith E. Gifford*
Keith E. Gifford
Attorney for Debtor
REDMAN LUDWIG, P.C.
151 N. Delaware Street, Suite 1106
Indianapolis, IN  46204
(317) 685-2426 - telephone
(317) 636-8686 - fax
kgifford@redmanludwig.com